IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MONICA A. SAGNESS,

                          Plaintiff,                                        **4:16CV3152**

          vs.

JESSE L. DUPLECHIN,                                                    **ORDER**

                          Defendant.

After conferring with counsel,

IT IS ORDERED:

1)      Defendant's motion to compel shall be filed on or before February 7, 2017.


2)      Plaintiff's response shall be filed on or before February 17, 2017.


3)      No reply shall be filed absent leave of the court for good cause shown.


January 31, 2017.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge