IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA A. SAGNESS,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSE L. DUPLECHIN,<br><br>    Defendant. | 4:16CV3152<br><br>ORDER |

  IT IS ORDERED that paragraphs 5, 6, & 7 of the Memorandum and Order filed March 29, 2017 order (Filing no. 34) is amended as follows:

  5) Defendant's motion to compel as to Interrogatory No. 2 is denied as premature.

  6) Defendant's motion to compel the plaintiff to produce a privilege log is denied as moot.

  7) Defendant's motion for attorney's fees and expenses is granted.  Plaintiff or Plaintiff's counsel shall pay Defendant a sum of $500, pursuant to Fed. R. Civ. P. 37(a)(5).

  Dated this 30th day of March, 2017.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge