IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA A. SAGNESS, <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>JESSE L. DUPLECHIN, <br><br>　　　　　　　Defendant. | **4:16CV3152** <br><br> **AMENDED PROGRESSION ORDER** |

The parties have filed a joint stipulation to extend certain deadlines. (Filing No. 37). Accordingly,

　　IT IS ORDERED that the progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 6, 2018, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 24, 2018 at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 20, 2018.

3) A status conference to discuss the status of case progression and potential settlement will be held with the undersigned magistrate judge on March 6, 2018 at **1:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for completing written discovery under Rules 33 through

36 of the Federal Rules of Civil Procedure is March 2, 2018. Motions to compel Rule 33 through 36 discovery must be filed by March 16, 2018 . **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadlines for identifying and complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

    For the plaintiff:        September 1, 2017.

    For the defendant:       December 1, 2017.

6) The discovery deposition deadline is March 15, 2018.

7) The trial deposition deadline is May 30, 2018.

8) The deadline for filing motions to dismiss and motions for summary judgment is May 4, 2018.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 12, 2018.

10) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

11) The parties shall comply with all other stipulations and progression deadlines that are not inconsistent with this order.

Dated this 20th day of June, 2017.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge