## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MONICA A. SAGNESS,

               Plaintiff,

vs.

JESSE L. DUPLECHIN,

               Defendant.

4:16-CV-3152

JUDGMENT

On the parties' Stipulation for Dismissal (filing 43), this action is dismissed with prejudice, each party to bear its own costs and fees.

Dated this 28th day of September, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge